UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES KINYON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No.  15-cv-01724-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

　　　Plaintiff Robert Charles Kinyon seeks judicial review of the final decision by the Commissioner of Social Security denying his benefits claim.  According to the procedural order governing this case, Plaintiff's motion for summary judgment or remand was due August 31, 2015; however, no motion has been filed.  (Dkt. No. 3.)  Plaintiff shall file his motion by October 30, 2015.

　　　As Plaintiff is proceeding pro se, he may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding his claims.

　　　**IT IS SO ORDERED.**

Dated:  September 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge