ROBERT CHARLES KINYON
74 6th Street, Unit 338
San Francisco, CA 94103
PLAINTIFF, PRO SE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CHARLES KINYON,<br><br>   Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>   Defendant. | Case No. 15-cv-01724-JSC<br><br>**PLAINTIFF'S REPLY TO COURT'S ORDER, REQUEST FOR EXTENSION, AND PROPOSED ORDER** |

The Court's September 24, 2015 Order explained that my Motion for Summary Judgment was due August 31, 2015, and directed me to file a Motion for Summary Judgment by October 30, 2015. I sincerely apologize to the court but I did not understand that my Motion was due August 31, 2015. I am still seeking representation and I respectfully request another 90 days, until January 28, 2016, to file my Motion for Summary Judgment.

///

///

///

PLAINTIFF'S REPLY TO COURT ORDER, REQUEST FOR EXTENSION, AND PROPOSED ORDER; CASE NO. 15-cv-01724-JSC

1

1
2  Dated: 10-21-15

Respectfully submitted,

*/s/ Robert Kinyon*
ROBERT CHARLES KINYON
Attorney for Plaintiff

3
4  ORDER:
5  APPROVED AND SO ORDERED
6  Dated: October 26, 2015

By: */s/ Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S REPLY TO COURT ORDER, REQUEST FOR EXTENSION, AND PROPOSED ORDER; CASE NO. 15-cv-01724-JSC