ROBERT CHARLES KINYON
74 6th Street, Unit 338
San Francisco, CA 94103
PLAINTIFF, PRO SE



RECEIVED
2016 JAN 26 P 1:37
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT CHARLES KINYON, ) Case No. 15-cv-01724-JSC
)
Plaintiff, ) **PLAINTIFF'S SECOND REQUEST FOR**
) **EXTENSION, AND PROPOSED ORDER**
vs. )
)
CAROLYN W. COLVIN, Acting )
Commissioner of the Social Security )
Administration, )
)
Defendant. )

I thank the Court for previously giving me until January 28, 2016 to file my Motion for Summary Judgment so that I could try to find legal representation. I was delayed in seeking representation because I have sometimes not to be able get out of my home due to intermittent illness. I did consult with a couple of attorneys since then but I have so far have not been able to secure representation. Getting an appointment with one of the attorneys was difficult due to her being out of the office during the holidays. I therefore respectfully request another 60 days, until March 28, 2016, to file my Motion for Summary Judgment.

PLAINTIFF'S REQUEST FOR EXTENSION, AND PROPOSED ORDER;
CASE NO. 15-cv-01724-JSC

1

Respectfully submitted,

Dated: 1-26-16

*/s/ Robert Kinyon*
ROBERT CHARLES KINYON
Attorney for Plaintiff

ORDER:

APPROVED AND SO ORDERED

Dated: January 28, 2016

By: */s/ Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

PLAINTIFF'S REQUEST FOR EXTENSION, AND PROPOSED ORDER;
CASE NO. 15-cv-01724-JSC

2